Juan Carlos SALGADO–CHAVEZ, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–73452.

United States Court of Appeals, Ninth Circuit.

Jonathan D. Montag, Esq., Law Offices of Jonathan D. Montag, San Diego, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Kristin A. Cabral, Esq., DOJ—U.S. Department of Justice, civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT, and TASHIMA, Circuit Judges.

Submitted May 16, 2007.*

Filed June 6, 2007.

Juan Carlos Salgado–Chavez, El Centro, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief

Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: PREGERSON, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Juan Carlos Salgado–Chavez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's ("IJ") denial of his application for cancellation of removal. We vacate and remand.

The IJ denied Salgado–Chavez relief under 8 U.S.C. § 1182(c) for failure to prove unrelinquished domicile and in the exercise of discretion. Because the BIA's "affirmance without opinion endorses only the result of the IJ's decision and not its reasoning, we do not know whether the BIA's decision was based on the reviewable or unreviewable ground, or both." *Lanza v. Ashcroft,* 389 F.3d 917, 927 (9th Cir.2004). Therefore, "intelligent exercise of our appellate jurisdiction" requires that we vacate and remand. *Id.* at 932.

**VACATED AND REMANDED.**

---

ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.